**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 2 5 2002

CHRIS HARDISON, ET AL

```
CASE NUMBER   1:02CV02085
JUDGE: Paul L. Friedman
DECK TYPE: TRO/Preliminary Injunction
DATE STAMP: 10/25/2002
```

VS

DEPARTMENT OF THE INTERIOR

COMPLAINT

October 24, 2002

To US DISTRICT COURT, WASHINGTON D.C.

FEDERAL COMPLAINT; HUNTING RIGHTS

TREATY INDIANS vs.
DEPARTMENT OF INTERIOR

We the undersigned Tuscarora and Cherokee, TREATY INDIANS, citizens of Turtle Island, hereby attest to the following statements regarding our receiving a Hunting ticket on September 2, 2002, and having our Religious ceremony interrupted with malice intent by North Carolina.

On Monday, September 2, 2002, we held a small ceremony prior to beginning to hunt doves. We were located in a field owned by Hughes Mac Locklear (Tuscarora) of Maxton N.C. After several hours, we noticed an airplane flying low to the ground, circling overhead. Soon afterwards, we saw several Game Wardens approaching. A female Federal Game Warden approached us and asked for our hunting license. We gave her our Iroquois citizenship cards. The Officer then said that she had to get a State Officer to deal with our situation.


Ceremony, prior to hunting

After about ten minutes had passed, other Tuscaroras, who also had given their citizenship cards to the officer, walked to where we were standing, waiting for some explanation as to why we were being detained. After about ten more minutes, Sergeant Ferguson, a State Game Officer approached us. Soon after, several more officers drove up in a Crown Victoria. One officer got out of the vehicle and approached us as well. At this time, Sergeant Ferguson told us to give him our weapons and promptly placed them on the hood of the Lincoln Navigator, that the Federal Officer had been driving. Minutes later, a four-wheel drive vehicle drove up with cornstalks and debris lodged in the grill. The driver of the Dodge Durango stated, " I tried to run over the little motherf....ker.", laughing while he said it. ( For the record, the individual's name he was referring to was Chris Jones, of Maxton N.C., who is also Native. Several more officers exited the vehicle, now with a total of seven officers now standing around our position.

Chris Hardison, then asked the officer what we were being detained for, and Sgt. Ferguson told him that we were getting tickets for hunting with no N.C. license. SGT. Ferguson then stated to Kendall Locklear, "You know the routine Kendall, you've been through this before." Chris then proceeded to inform him that we were having a religious ceremony, and that they were hindering a sacred practice. Sergeant Ferguson then stated that " I don't care what you're doing. You are breaking North Carolina law, and I have to give you tickets for it." Chris asked him if he had discretion regarding the handling of our case, and he said, "I have no choice in the matter. I have to do my job."

At this time, Chris, along with Robert Swift Arrow Rose, who was a witness, and was reporting for Guswentah News, informed the officers of our rights as Treaty Indians, through several treaties with the United States government, hundreds of years ago.



Ceremony, pictured from left to right, James Scott, Kendall Locklear, Samuel Locklear, Bruce Scott, Robert Swift Arrow Rose

Sergeant Ferguson then stated, "where your rights end, and mine begin, is when you say your Native." Then he stated," I have read those treaties, and I don't see where they give you those rights, I could interpret those treaties better than anybody out here." Mr. Rose then stated to Sgt. Ferguson, " No you may not, for where as in 1971, people vs. Jondreau, even a Michigan decision held that Treaty Indians could not be required to purchase State fishing license, since their fishing rights, were attributable to Treaties made on a Federal level, not a state source. Where as in 1832, Worchester vs. Georgia, Supreme Court declares that the U.S. must construe Treaties the way Indians perceive them if there are conflicting interpretations presented by the U.S. and the Indian Nation involved. (Which has been updated on April 23, 2002) We then told Sergeant Ferguson that he did not have the authority to interpret Federal Treaties, regarding our rights, but he said he did have the authority to do so.

After receiving the citations, Chris reiterated to officer Ferguson that they were violating our civil rights, by interrupting our ceremony and our hunt, yet again, he said he didn't care. "Tell it to the Judge" he said. The officers then loaded into their vehicles and drove away. Next, we continued with a closing ceremony, and left the field to go home.

This is the end of our statement in regards to the above occurrences.

CLAIM

We are Treaty Indians with an unalienable birthright to Turtle Island. With that right, we inherent the authority of our ancestors to interpret the Treaties. We have become much more knowledgeable as to our rights and powers invested in us by courtesy of Mohawk Nation. This our first Treaty, The Two Row Wampum, introduced at Skan nectt dah de ( Albany New York) in 1613, ratified between the Asahrahkowa( War Chiefs) and the Admiral of the Royal British Navy.

See attached Document, titled **GUSWENTAH**

We have stated our complaint to you now, on the federal level because we know the powers of our rights in relationship with the federal government.
We have stated our claim as to who we are and our rights.
We now would like to resolve this case once and for all time, by
Respectfully requesting the U.S. DISTRICT COURT to honor our TREATY rights.

_____ October 24, 2002
Kendall Locklear

_____ October 24, 2002
Chris Hardison

_____ October 24, 2002
Bruce Scott

_____ October 24, 2002
Robert Swift Arrow Rose

2. Statement of Samuel Locklear— ON AUDIO TAPE

Sign and witness before me this 24th day of Oct. 2002,

Laura C. Freeman

My Commission Expires August 30, 2005

FILED
OCT 25 2002



# GUSWENTAH
(TWO ROW WAMPUM)
**First Treaty Belt**

An article of profound historical proof that the United States of America established in the Constitution was formed by adopting as a principle example, **"The Great Law of Peace"** of the **Kanonsonnionwe** in the Mohawk language meaning, *people of the way of the long house*, also known as **Haudenosaunee** in the Seneca language meaning, *people of the long house*. Known to the French as **Iroquois**, the union of these **first native people of Turtle Island (Onkwehonwe)** meaning original people, later became know as **Iroquois Confederacy of Nations**; Mohawk, Oneida, Onondaga, Cayuga, Seneca and after adopting the Tuscaroras they were then also referred to as the **Six Nations**.

On December 2nd, 1987 the Federal Government, through a hearing in Washington, D.C., reaffirmed that the **Iroquois Confederacy of Nations'** constitution made up of over one hundred wampum belts called the **Gaieneragowa**, known also as the **"Great Law of Peace"** was the **basis, or blue print** for the making of the U.S. Constitution. Part of the layout of the printed document from the hearing that took place in Washington D.C. on December 2nd 1987 is fashioned as a parallel governmental structure, like the **Guswentah**, where by one does not cross over the other, or does not intersect meaning, not judging the other.

The territories, or border lines of the **Independent Sovereign Iroquois Nations of Turtle Island** extend beyond the boundary lines of the U.S. And with out their constitution, the **"Great Law of Peace"** the **Constitution of the United States of America** would not exist as a democratic union. Thus making the **Great Law of Peace** the **FIRST TRUE DEMOCRACY** ever in existence.

The **GUSWENTAH** is an agreement or sacred oath between individuals or for Government-to-government relations. In a more traditional way of interpreting the **Guswentah**, it would be explained in this manner;

The **Canoe** and the **Mayflower**, or two vessels *going side by side down the river of life, as friends with a good mind, and peaceful relationship. As long as the sun is shinning. As long as the grass is green at some point of the year and as long as the rivers flow.* Making this a **civil and environmental treaty**.

Being on a similar path but in a different vessel one may help the other but is **not** to interfere with the others' governmental affairs, and a nation of people from one vessel can **not tax** the nation of people of another vessel. So the **Guswentah** is also a reminder of our agreement, a guiding principle, a way of peace, so that our future generations will *keep the peace* with one another, to assure our children's future government to government relationship.

The **Guswentah wampum belt** was made from purple and white "quahog" clamshells. Its' purple rows signify *two vessels in a parallel formation*, a **parallel governmental structure**, whereby one **does not** cross over or judge the other. **Not** *a father to son relationship*, **but** *a brother to brother relationship*. Its' white row in the middle of the two purple rows signifies the **peace between us.**

This recorded agreement solidified the relationship *between* the **Iroquois Confederacy of Nations** and the **United States of America**, and was **made to last forever**. **An agreement that was made in utmost faith and was the beginning of our trust relationship.**